# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:                                §
                                      §
                                      §
MUSKAL, MARK                          §   Case No. 12-01184
MUSKAL, CATHLEEN                      §
                                      §
                                      §
_____Debtor(s)_____§

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
                Kenneth Gardner
                U.S. Bankruptcy Court Clerk
                219 South Dearborn Street- 7th Floor
                Chicago, IL  60614

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 04/10/2013 in Courtroom 744,
                United States Courthouse
                219 South Dearborn Street
                Chicago, IL  60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: <u>Kenneth S. Gardner</u>_____
                                                            Clerk, U.S. Bankruptcy Court


*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
MUSKAL, MARK § Case No. 12-01184
MUSKAL, CATHLEEN §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 6,556.00 |
| and approved disbursements of | $ | 8.48 |
| leaving a balance on hand of[1] | $ | 6,547.52 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Phillip D. Levey | $ 1,405.60 | $ 0.00 | $ 1,405.60 |
| Trustee Expenses: Phillip D. Levey | $ 7.20 | $ 0.00 | $ 7.20 |

| | | |
|---|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ | 1,412.80 |
| Remaining Balance | $ | 5,134.72 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 1,926.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000009 | Department of the Treasury | $ 1,926.00 | $ 0.00 | $ 1,926.00 |
| | Total to be paid to priority creditors | | | $ 1,926.00 |
| | Remaining Balance | | | $ 3,208.72 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 73,768.66 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 14,331.62 | $ 0.00 | $ 623.38 |
| 000002 | Discover Bank | $ 6,223.94 | $ 0.00 | $ 270.72 |
| 000003 | PHARIA L.L.C. | $ 9,163.00 | $ 0.00 | $ 398.57 |
| 000004 | Capital One Bank (USA) NA by | $ 13,796.78 | $ 0.00 | $ 600.12 |
| 000005 | FIA CARD SERVICES NA successor to | $ 4,947.76 | $ 0.00 | $ 215.21 |
| 000006 | American Express Bank, FSB | $ 2,234.82 | $ 0.00 | $ 97.21 |
| 000007 | PYOD, LLC its successors and assigns as assignee | $ 20,786.41 | $ 0.00 | $ 904.15 |
| 000008 | Capital One, N.A. | $ 2,284.33 | $ 0.00 | $ 99.36 |
| | Total to be paid to timely general unsecured creditors | | | $ 3,208.72 |

    Remaining Balance      $      0.00

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

    Prepared By: /s/Phillip D. Levey_____
                                Trustee's Counsel

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                 Case No. 12-01184-ERW
Mark Muskal                                                            Chapter 7
Cathleen Muskal
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mrahmoun            Page 1 of 4             Date Rcvd: Mar 08, 2013
                              Form ID: pdf006           Total Noticed: 93

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 10, 2013.
```
db/jdb     +Mark Muskal,    Cathleen Muskal,    4007 N Walnut Ave,    Arlington Heights, IL 60004-1361
18362504   +American Express,    c/o Becket and Lee,    P.O. Box 3001,    Malvern, PA 19355-0701
18362503   +American Express,    American Express Special Research,    Po Box 981540,    El Paso, TX 79998-1540
18868123    American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18362505   +American Express Centurion Bank,    200 Vessey St,    New York, NY 10285-0002
18362506   +Ameriprise Bank,    827 Ameriprise Financial,    Minneapolis, MN 55474-0008
18362507   +Bank Of America,    Attention: Recovery Department,    4161 Peidmont Pkwy.,
             Greensboro, NC 27410-8110
18362508   +Bank Of America,    Po Box 982238,    El Paso, TX 79998-2238
18362509    Bank of America,    4060 Ogletown Stanton Rd,    Newark, DE 19713-3102
18362510   +Bank of America,    201 N. Tyron St.,    Charlotte, NC 28255-0001
18362511    Bank of America,    101 S. Tyron St. Ste 1000,    Charlotte, NC 28280-0010
18362512   +Bank of America N.A.,    NC4-105-03-14,    P.O. Box 26012,    Greensboro, NC 27420-6012
18362513    Bank of America, NA,    101 S. Tyron St.,    Charlotte, NC 28202
18362515   +Barclays Bank Delaware,    125 South West Street,    Wilmington, DE 19801-5014
18362514   +Barclays Bank Delaware,    Attention: Bankruptcy,    Po Box 8801,    Wilmington, DE 19899-8801
18362518   +Capital One,    1680 Capital One Drive,    Mc Lean, VA 22102-3407
18362516    Capital One,    P.O. Box 85167,    Richmond, VA 23285-5167
18362517    Capital One,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
18362521   +Capital One Bank,    4851 Cox Road,    Glen Allen, VA 23060-6293
18767492    Capital One Bank (USA) NA by,    American InfoSource LP agent,    PO Box 71083,
             Charlotte NC  28272-1083
18362522    Capital One Bankruptcy Claims,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
19049696    Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18362523   +Capital One, N.a.,    Capital One Bank (USA) N.A.,    Po Box 30285,    Salt Lake City, UT 84130-0285
18362526   +Chase,    200 White Clay Center Drive,    Newark, DE 19711-5466
18362524   +Chase,    P.o. Box 15298,    Wilmington, DE 19850-5298
18362527    Chase Card Services,    Attn: Bankruptcy Department,    P.O. Box 15298,
             Wilmington, DE 19850-5298
18362528   +Chase Mht Bk,    Attn: Bankruptcy,    Po Box 15145,    Wilmington, DE 19850-5145
18362529   +Chase/cc,    Po Box 15298,    Wilmington, DE 19850-5298
18362530   +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
18362531   +Citi Cards,    Attn: Managing Agent,    P.O. Box 183051,    Columbus, OH 43218-3051
18362532    Citi Cards CBSDNA,    PO Box 6500,    Sioux Falls, SD 57117-6500
18362534   +Citibank,    399 Park Avenue,    New York, NY 10022-4699
18362533   +Citibank,    Po Box 20503,    Kansas City, MO 64195-0503
18362535   +Citibank,    Centralized Bankruptcy,    P.O. Box 20507,    Kansas City, MO 64195-0507
18362536   +Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
18362537   +Citibank Usa,    Po Box 20363,    Kansas City, MO 64195-0363
18362538   +Citibankna,    Attn.: Centralized Bankruptcy,    Po Box 20363,    Kansas City, MO 64195-0363
18362539   +Citicorp Credit Services,    Internal Recov. Cent Bankruptcy,    P.O. Box 20507,
             Kansas City, MO 64195-0507
18362544   +E Loan/Sst,    4315 Pickett Road,    St Joseph, MO 64503-1600
18856046    FIA CARD SERVICES NA successor to,    Bank of America NA(USA)MBNA Amer Bk NA,    PO Box 15102,
             Wilmington DE 19886-5102
18362545   +First Usa Bank/Chase,    Po Box 15298,    Wilmington, DE 19850-5298
18362546   +First Usa/Chase,    Chase Card Services,    Po Box 15298,    Wilmington, DE 19850-5298
18362547   +Fm/cefa/callie Mae,    630 Plaza Dr Ste 150,    Highlands Ranch, CO 80129-2379
18362554   +HSBC,    Po Box 5213,    Carol Stream, IL 60197-5213
18362557  ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
             (address filed with court: Hsbc/bsbuy,    Po Box 15519,    Wilmington, DE 19850)
18362555   +HSBC Bank USA NA,    1800 Tysons Blvd.,    Mc Lean, VA 22102-4257
18362556    HSBC North America,    26525 North Riverwoods Blvd,    4 North East,    Mettawa, IL 60045
18362560   +Metametrix Clinical Laboratory,    3425 Corporate Way,    Duluth, GA 30096-2552
18362561   +Neuroscience Inc. Labs,    375 280th Street,    Osceola, WI 54020-4120
18362566   +PNC Bank, National Association,    1900 East Ninth Street,    Cleveland, OH 44114-3484
18362568   +PNC Mortgage,    3232 Newmark Drive Building 8,    Miamisburg, OH 45342-5433
18362571   +PNC Mortgage,    3100 Governors Place Blvd. Suite 20,    Kettering, OH 45409-1334
18362570   +PNC Mortgage,    333 N. Limestone St. Suite 202,    Springfield, OH 45503-4250
18362562   +Pierce & Associates,    Thirteenth Floor,    1 North Dearborn,    Chicago, IL 60602-4373
18362564   +Pnc Bank,    6750 Miller Road,    Brecksville, OH 44141-3239
18362563   +Pnc Bank,    1 Cascade Plz,    Akron, OH 44308-1198
18362567   +Pnc Card,    1 Cascade Plz,    Akron, OH 44308-1198
18362569   +Pnc Mortgage,    6 N Main St,    Dayton, OH 45402-1908
18362573   +Prsm/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
18362574    Purdue Univ,    Engineering Adm Build, Rm 414,    West Lafayette, IN 47907
18362575    Purdue University,    Engineering Adm Build, Rm 414,    West Lafayette, IN 47907
18362577   +Santander Consumer Usa,    Po Box 961245,    Ft Worth, TX 76161-0244
18362578   +Sears/cbsd,    Po Box 6189,    Sioux Falls, SD 57117-6189
18362579   +Shell Oil / Citibank,    Attn.: Centralized Bankruptcy,    Po Box 20507,
             Kansas City, MO 64195-0507
18362580   +Student Loan Mkt Assn/Sallie Mae,    Attention: Claims Dept,    Po Box 9500,
             Wilkes-Barre, PA 18773-9500
```

```
District/off: 0752-1           User: mrahmoun              Page 2 of 4                  Date Rcvd: Mar 08, 2013
                               Form ID: pdf006             Total Noticed: 93

18362584     ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit,   Toyota Financial Services,   Po Box 8026,
                 Cedar Rapids, IA 52408)
18362581      +Target,   Bankruptcy Dept.,   P.O. Box 1327,   Minneapolis, MN 55440-1327
18362582      +Target Credit Card,   C/O Financial & Retail Services,   Mailstop BT  P.O. Box 9475,
                 Minneapolis, MN 55440-9475
18362583      +Tnb-Visa (TV) / Target,   C/O Financial & Retail Services,   Mailstop BV  P.O.Box 9475,
                 Minneapolis, MN 55440-9475
18362587     ++WELLS FARGO BANK NA,   WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,   3476 STATEVIEW BLVD,   FORT MILL SC 29715-7203
               (address filed with court: Wells Fargo Hm Mortgag,   8480 Stagecoach Circle,
                 Frederick, MD 21701)
18362589      +WFNNB,   3100 Easton Square Place,   Columbus, OH 43219-6232
18362586      +Wells Fargo Card,   1 Home Campus,   3rd Floor,   Des Moines, IA 50328-0001
18362588      +Wffnatbank,   Bankruptcy,   4137 121st St,   Urbandale, IA 50323-2310
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18362502      +E-mail/Text: ebnbankruptcy@ahm.honda.com Mar 09 2013 02:48:58      Amer Honda,   Po Box 168088,
                 Irving, TX 75016-8088
18362519      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 09 2013 03:08:59      Capital One,
                 c/o American Infosource,   P.O. Box 54529,   Oklahoma City, OK 73154-1529
18362540       E-mail/PDF: mrdiscen@discoverfinancial.com Mar 09 2013 03:09:48      Discover Card,   12 Reads Way,
                 New Castle, DE 19720-1649
18362543       E-mail/PDF: mrdiscen@discoverfinancial.com Mar 09 2013 03:09:48      Discover Financial Services,
                 2500 Lake Cook Rd.,   Deerfield, IL 60015
18685080       E-mail/Text: cio.bncmail@irs.gov Mar 09 2013 02:43:15      Department of the Treasury,
                 Internal Revenue Service,   PO Box 7346,   Philadelphia PA 19101-7346
18674448       E-mail/PDF: mrdiscen@discoverfinancial.com Mar 09 2013 03:09:48      Discover Bank,
                 DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
18362541      +E-mail/PDF: mrdiscen@discoverfinancial.com Mar 09 2013 03:09:48      Discover Fin,
                 Attention:  Bankruptcy Department,   Po Box 3025,   New Albany, OH 43054-3025
18362542      +E-mail/PDF: mrdiscen@discoverfinancial.com Mar 09 2013 03:09:48      Discover Financial,
                 Attention:  Bankruptcy Department,   Po Box 3025,   New Albany, OH 43054-3025
18362548       E-mail/PDF: gecsedi@recoverycorp.com Mar 09 2013 03:02:08      GE Money Bank,   P.O. Box 981426,
                 El Paso, TX 79998-1426
18362549      +E-mail/PDF: gecsedi@recoverycorp.com Mar 09 2013 03:06:00      GE Money Bank attn Bankruptcy dept.,
                 P.O. Box 103104,   Roswell, GA 30076-9104
18362550      +E-mail/PDF: gecsedi@recoverycorp.com Mar 09 2013 03:06:00      Gecrb/mervyns,   Po Box 981400,
                 El Paso, TX 79998-1400
18362552       E-mail/PDF: gecsedi@recoverycorp.com Mar 09 2013 03:02:08      Gemb/JC Penny,
                 Attention:  Bankruptcy,   Po Box 103104,   Roswell, GA 30076-9104
18362551      +E-mail/PDF: gecsedi@recoverycorp.com Mar 09 2013 03:02:08      Gemb/avb Buying Group,
                 Attention:  Bankruptcy,   Po Box 103104,   Roswell, GA 30076-9104
18362553      +E-mail/PDF: gecsedi@recoverycorp.com Mar 09 2013 03:02:09      Gemb/walmart,   Po Box 981400,
                 El Paso, TX 79998-1400
18362559      +E-mail/Text: bnckohlsnotices@becket-lee.com Mar 09 2013 02:47:36      Kohls/Chase,
                 N56W17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
18362558      +E-mail/Text: bnckohlsnotices@becket-lee.com Mar 09 2013 02:47:36      Kohls/capone,
                 N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
18753031      +E-mail/Text: bncmail@w-legal.com Mar 09 2013 04:41:05      PHARIA L.L.C.,
                 C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
18996595      +E-mail/Text: resurgentbknotifications@resurgent.com Mar 09 2013 02:46:45
                 PYOD, LLC its successors and assigns as assignee,   of Citibank,   Resurgent Capital Services,
                 PO Box 19008,   Greenville, SC 29602-9008
18362576      +E-mail/PDF: pa_dc_claims@salliemae.com Mar 09 2013 04:49:40      Sallie Mae,   Po Box 9500,
                 Wilkes Barre, PA 18773-9500
18362585      +E-mail/Text: bankruptcydepartment@ncogroup.com Mar 09 2013 04:53:36      Transworld Systems, Inc.,
                 1375 East Woodfield Rd. #110,   Schaumburg, IL 60173-5423
                                                                                              TOTAL: 20

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18362525*     +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
18362565*     +PNC Bank,   6750 Miller Road.,   Brecksville, OH 44141-3239
18362520     ##+Capital One,   P.O. Box 85520,   15000 Capital One Drive,   Richmond, VA 23238-1119
18362572     ##+PNC Mortgage,   1855 Towne Park Drive Suite A,   Troy, OH 45373-8357
                                                                                              TOTALS: 0, * 2, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: mrahmoun            Page 3 of 4              Date Rcvd: Mar 08, 2013
                              Form ID: pdf006           Total Noticed: 93
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 10, 2013**          **Signature:** *Joseph Speetjens*

```
District/off: 0752-1          User: mrahmoun            Page 4 of 4           Date Rcvd: Mar 08, 2013
                              Form ID: pdf006           Total Noticed: 93
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2013 at the address(es) listed below:

        Charles H Shepard   on behalf of Joint Debtor Cathleen Muskal cshepard@ymail.com, cshepard@therogerslawgroup.com
        Charles H Shepard   on behalf of Debtor Mark Muskal cshepard@ymail.com, cshepard@therogerslawgroup.com
        Dana N O'Brien   on behalf of Creditor PNC Bank, N.A. dobrien@atty-pierce.com, northerndistrict@atty-pierce.com
        Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
        Phillip D Levey, ESQ   on behalf of Trustee Phillip D Levey, ESQ levey47@hotmail.com, plevey@ecf.epiqsystems.com
        Phillip D Levey, ESQ   levey47@hotmail.com, plevey@ecf.epiqsystems.com
        Rick L Rogers   on behalf of Joint Debtor Cathleen Muskal cshepard@therogerslawgroup.com, ECFnotices@therogerslawgroup.com
        Rick L Rogers   on behalf of Debtor Mark Muskal cshepard@therogerslawgroup.com, ECFnotices@therogerslawgroup.com

        TOTAL: 8