**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MUSKAL, MARK | § | Case No. 12-01184 |
| MUSKAL, CATHLEEN | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00<br>*(Without deducting any secured claims)* | Assets Exempt: 123,839.71 |
| Total Distributions to Claimants: 5,134.72 | Claims Discharged<br>Without Payment: 165,637.94 |
| Total Expenses of Administration: 1,421.28 | |

3) Total gross receipts of $ 6,556.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 6,556.00 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 407,406.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,421.28 | 1,421.28 | 1,421.28 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 1,926.00 | 3,852.00 | 1,926.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 93,152.00 | 73,768.66 | 73,768.66 | 3,208.72 |
| **TOTAL DISBURSEMENTS** | $ 500,558.00 | $ 77,115.94 | $ 79,041.94 | $ 6,556.00 |

4) This case was originally filed under chapter 7 on 01/13/2012 . The case was pending for 22 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/07/2013 By:/s/Phillip D. Levey

Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2011 tax refund anticipated (will be less than 201 | 1124-000 | 6,556.00 |
| **TOTAL GROSS RECEIPTS** | | **$** 6,556.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | PNC Mortgage 3232 Newmark Drive Building 8 Miamisburg, OH 45342 | | 305,341.00 | NA | NA | 0.00 |
| | Pnc Bank 1 Cascade Plz Akron, OH 44308 | | 100,904.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Santander Consumer Usa Po Box 961245 Ft Worth, TX 76161 | | 1,161.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 407,406.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILLIP D. LEVEY | 2100-000 | NA | 1,405.60 | 1,405.60 | 1,405.60 |
| PHILLIP D. LEVEY | 2200-000 | NA | 7.20 | 7.20 | 7.20 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 5.52 | 5.52 | 5.52 |
| ASSOCIATED BANK | 2600-000 | NA | 2.96 | 2.96 | 2.96 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 1,421.28 | $ 1,421.28 | $ 1,421.28 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000009 | DEPARTMENT OF THE TREASURY | 5800-000 | NA | 1,926.00 | 1,926.00 | 0.00 |
| | MARK MUSKAL AND CATHLEEN MUSKAL | 5800-000 | NA | 0.00 | 1,926.00 | 1,926.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 1,926.00 | $ 3,852.00 | $ 1,926.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Amer Honda Po Box 168088 Irving, TX 75016 | | 0.00 | NA | NA | 0.00 |
| | American Express American Express Special Research Po Box 981540 El Paso, TX 79998 | | 2,234.00 | NA | NA | 0.00 |
| | American Express American Express Special Research Po Box 981540 El Paso, TX 79998 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express American Express Special Research Po Box 981540 El Paso, TX 79998 | | 0.00 | NA | NA | 0.00 |
| | Ameriprise Bank 827 Ameriprise Financial Minneapolis, MN 55474 | | 0.00 | NA | NA | 0.00 |
| | Bank Of America Attention: Recovery Department 4161 Peidmont Pkwy. Greensboro, NC 27410 | | 4,947.00 | NA | NA | 0.00 |
| | Bank Of America Attention: Recovery Department 4161 Peidmont Pkwy. Greensboro, NC 27410 | | 0.00 | NA | NA | 0.00 |
| | Bank Of America Po Box 982238 El Paso, TX 79998 | | 0.00 | NA | NA | 0.00 |
| | Bank Of America Po Box 982238 El Paso, TX 79998 | | 0.00 | NA | NA | 0.00 |
| | Bank Of America Po Box 982238 El Paso, TX 79998 | | 0.00 | NA | NA | 0.00 |
| | Barclays Bank Delaware Attention: Bankruptcy Po Box 8801 Wilmington, DE 19899 | | 8,926.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One, N.a. Capital One Bank (USA) N.A. Po Box 30285 Salt Lake City, UT 84130 | | 13,796.00 | NA | NA | 0.00 |
| | Chase Mht Bk Attn: Bankruptcy Po Box 15145 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Chase P.o. Box 15298 Wilmington, DE 19850 | | 9,991.00 | NA | NA | 0.00 |
| | Chase P.o. Box 15298 Wilmington, DE 19850 | | 6,084.00 | NA | NA | 0.00 |
| | Chase P.o. Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Chase P.o. Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Chase P.o. Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Chase P.o. Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Chase/cc Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | 20,786.00 | NA | NA | 0.00 |
| | Citibank Po Box 20503 Kansas City, MO 64195 | | 0.00 | NA | NA | 0.00 |
| | Citibank Sd, Na Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | 0.00 | NA | NA | 0.00 |
| | Citibank Usa Po Box 20363 Kansas City, MO 64195 | | 0.00 | NA | NA | 0.00 |
| | Citibankna Attn.: Centralized Bankruptcy Po Box 20363 Kansas City, MO 64195 | | 0.00 | NA | NA | 0.00 |
| | Citibankna Attn.: Centralized Bankruptcy Po Box 20363 Kansas City, MO 64195 | | 0.00 | NA | NA | 0.00 |
| | Discover Fin Attention: Bankruptcy Department Po Box 3025 New Albany, OH 43054 | | 6,039.00 | NA | NA | 0.00 |
| | Discover Fin Attention: Bankruptcy Department Po Box 3025 New Albany, OH 43054 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Discover Financial Attention: Bankruptcy Department Po Box 3025 New Albany, OH 43054 | | 14,139.00 | NA | NA | 0.00 |
| | E Loan/Sst 4315 Pickett Road St Joseph, MO 64503 | | 0.00 | NA | NA | 0.00 |
| | First Usa Bank/Chase Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | First Usa/Chase Chase Card Services Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | First Usa/Chase Chase Card Services Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Fm/cefa/callie Mae 630 Plaza Dr Ste 150 Highlands Ranch, CO 80129 | | 0.00 | NA | NA | 0.00 |
| | Gecrb/mervyns Po Box 981400 El Paso, TX 79998 | | 0.00 | NA | NA | 0.00 |
| | Gemb/JC Penny Attention: Bankruptcy Po Box 103104 Roswell, GA 30076 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gemb/avb Buying Group Attention: Bankruptcy Po Box 103104 Roswell, GA 30076 | | 0.00 | NA | NA | 0.00 |
| | Gemb/walmart Po Box 981400 El Paso, TX 79998 | | 0.00 | NA | NA | 0.00 |
| | HSBC Po Box 5213 Carol Stream, IL 60197 | | 0.00 | NA | NA | 0.00 |
| | Hsbc/bsbuy Po Box 15519 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Kohls/capone N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | 2,209.00 | NA | NA | 0.00 |
| | Metametrix Clinical Laboratory 3425 Corporate Way Duluth, GA 30096 | | 1,147.00 | NA | NA | 0.00 |
| | Metametrix Clinical Laboratory 3425 Corporate Way Duluth, GA 30096 | | 1,323.00 | NA | NA | 0.00 |
| | Neuroscience Inc. Labs 375 280th Street Osceola, WI 54020 | | 239.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Neuroscience Inc. Labs 375 280th Street Osceola, WI 54020 | | 327.00 | NA | NA | 0.00 |
| | Pierce & Associates Thirteenth Floor 1 North Dearborn Chicago, IL 60602 | | 0.00 | NA | NA | 0.00 |
| | Pnc Bank 6750 Miller Road Brecksville, OH 44141 | | 965.00 | NA | NA | 0.00 |
| | Pnc Card 1 Cascade Plz Akron, OH 44308 | | 0.00 | NA | NA | 0.00 |
| | Pnc Mortgage 6 N Main St Dayton, OH 45402 | | 0.00 | NA | NA | 0.00 |
| | Prsm/cbna Po Box 6497 Sioux Falls, SD 57117 | | 0.00 | NA | NA | 0.00 |
| | Purdue Univ Engineering Adm Build, Rm 414 West Lafayette, IN 47907 | | 0.00 | NA | NA | 0.00 |
| | Purdue University Engineering Adm Build, Rm 414 West Lafayette, IN 47907 | | 0.00 | NA | NA | 0.00 |
| | Sallie Mae Po Box 9500 Wilkes Barre, PA 18773 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sears/cbsd Po Box 6189 Sioux Falls, SD 57117 | | 0.00 | NA | NA | 0.00 |
| | Shell Oil / Citibank Attn.: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | 0.00 | NA | NA | 0.00 |
| | Student Loan Mkt Assn/Sallie Mae Attention: Claims Dept Po Box 9500 Wilkes-Barre, PA 18773 | | 0.00 | NA | NA | 0.00 |
| | Student Loan Mkt Assn/Sallie Mae Attention: Claims Dept Po Box 9500 Wilkes-Barre, PA 18773 | | 0.00 | NA | NA | 0.00 |
| | Target Credit Card C/O Financial & Retail Services Mailstop BT P.O. Box 9475 Minneapolis, MN 55440 | | 0.00 | NA | NA | 0.00 |
| | Tnb-Visa (TV) / Target C/O Financial & Retail Services Mailstop BV P.O.Box 9475 Minneapolis, MN 55440 | | 0.00 | NA | NA | 0.00 |
| | Toyota Motor Credit Toyota Financial Services Po Box 8026 Cedar Rapids, IA 52408 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Transworld Systems, Inc. 1375 East Woodfield Rd. #110 Schaumburg, IL 60173 | | 0.00 | NA | NA | 0.00 |
| | Wells Fargo Card 1 Home Campus 3rd Floor Des Moines, IA 50328 | | 0.00 | NA | NA | 0.00 |
| | Wells Fargo Hm Mortgag 8480 Stagecoach Circle Frederick, MD 21701 | | 0.00 | NA | NA | 0.00 |
| | Wffnatbank Bankruptcy 4137 121st St Urbandale, IA 50323 | | 0.00 | NA | NA | 0.00 |
| 000006 | AMERICAN EXPRESS BANK, FSB | 7100-900 | NA | 2,234.82 | 2,234.82 | 97.21 |
| 000004 | CAPITAL ONE BANK (USA) NA BY | 7100-900 | NA | 13,796.78 | 13,796.78 | 600.12 |
| 000008 | CAPITAL ONE, N.A. | 7100-900 | NA | 2,284.33 | 2,284.33 | 99.36 |
| 000001 | DISCOVER BANK | 7100-900 | NA | 14,331.62 | 14,331.62 | 623.38 |
| 000002 | DISCOVER BANK | 7100-900 | NA | 6,223.94 | 6,223.94 | 270.72 |
| 000005 | FIA CARD SERVICES NA SUCCESSOR TO | 7100-900 | NA | 4,947.76 | 4,947.76 | 215.21 |
| 000003 | PHARIA L.L.C. | 7100-900 | NA | 9,163.00 | 9,163.00 | 398.57 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-900 | NA | 20,786.41 | 20,786.41 | 904.15 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ 93,152.00 | $ 73,768.66 | $ 73,768.66 | $ 3,208.72 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES



Exhibit 8

Case No: 12-01184 EW Judge: EUGENE R. WEDOFF
Case Name: MUSKAL, MARK
MUSKAL, CATHLEEN
For Period Ending: 03/08/13

Trustee Name: Phillip D. Levey
Date Filed (f) or Converted (c): 01/13/12 (f)
341(a) Meeting Date: 03/02/12
Claims Bar Date: 06/19/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. single family residence located at 4007 N. Walnut | 336,462.00 | 0.00 | | 0.00 | 0.00 |
| 2. cash in possession | 850.00 | 0.00 | | 0.00 | 0.00 |
| 3. checking account at Chase | 427.87 | 0.00 | | 0.00 | 0.00 |
| 4. savings account at Chase | 316.09 | 0.00 | | 0.00 | 0.00 |
| 5. Brokerage/Trade account at Ameriprise Financial | 1,053.53 | 1,053.53 | | 0.00 | 1,053.53 |
| 6. savings account at Ameriprise Finacial | 287.00 | 287.00 | | 0.00 | 287.00 |
| 7. checking account at Fifth Third Bank | 1,800.00 | 0.00 | | 0.00 | 0.00 |
| 8. checking account at Fifth Third Bank | 100.00 | 0.00 | | 0.00 | 0.00 |
| 9. savings account at Fifth Third Bank | 100.00 | 0.00 | | 0.00 | 0.00 |
| 10. typical household goods, furniture, electronics, h | 1,500.00 | 1,500.00 | | 0.00 | 1,500.00 |
| 11. books, pictures | 25.00 | 25.00 | | 0.00 | 25.00 |
| 12. clothing | 500.00 | 0.00 | | 0.00 | 0.00 |
| 13. whole life insurance surrender value, wife benecia | 21,556.44 | 0.00 | | 0.00 | 0.00 |
| 14. life insurance, whole life, husband is beneficiary | 7,809.77 | 0.00 | | 0.00 | 0.00 |
| 15. IRA at Ameriprise Financial | 53,973.50 | 0.00 | | 0.00 | 0.00 |
| 16. 2011 tax refund anticipated (will be less than 201 | 4,000.00 | 6,555.96 | | 6,556.00 | FA |
| 17. real estate license | 0.00 | 0.00 | | 0.00 | 0.00 |
| 18. 2006 Toyota Sienna with approximately 63,000 miles | 7,000.00 | 2,400.00 | | 0.00 | 2,400.00 |
| 19. 1998 Honda Accord approx. 109,000 miles, value per | 2,000.00 | 0.00 | | 0.00 | 0.00 |
| 20. checking account at PNC Bank | 0.40 | 0.40 | | 0.00 | 0.40 |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $439,761.60 | $11,821.89 | | $6,556.00 | $5,265.93 |
| | | | | | (Total Dollar Amount in Column 6) |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit 8

Case No: 12-01184 EW Judge: EUGENE R. WEDOFF
Case Name: MUSKAL, MARK
MUSKAL, CATHLEEN

Trustee Name: Phillip D. Levey
Date Filed (f) or Converted (c): 01/13/12 (f)
341(a) Meeting Date: 03/02/12
Claims Bar Date: 06/19/12

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): / / Current Projected Date of Final Report (TFR): / /

FORM 2

Page: 1

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 12-01184 -EW
Case Name: MUSKAL, MARK
MUSKAL, CATHLEEN
Taxpayer ID No: *******2222
For Period Ending: 11/07/13

Trustee Name: Phillip D. Levey
Bank Name: ASSOCIATED BANK
Account Number / CD #: *******3018 Checking Account (Non-Interest Earn
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/04/12 | 16 | Mark Muskal | Turnover of Income Tax Refund | 1124-000 | 1,639.00 | | 1,639.00 |
| 12/04/12 | 16 | Mark Muskal | Turnover Income Tax Refund | 1124-000 | 1,639.00 | | 3,278.00 |
| 12/04/12 | 16 | Mark Muskal | Turnover Income Tax Refund | 1124-000 | 1,639.00 | | 4,917.00 |
| 12/04/12 | 16 | Mark Muskal | Turnover Income Tax Refund | 1124-000 | 1,639.00 | | 6,556.00 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 2.96 | 6,553.04 |
| 03/07/13 | 010001 | International Sureties, Ltd.<br>701 Poydras St.<br>New Orleans, LA 70139 | Trustee's Bond<br>Blanket Bond Premium for 2/1/13 to 2/1/14. | 2300-000 | | 5.52 | 6,547.52 |
| 04/10/13 | 010002 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Compensation/Fees | 2100-000 | | 1,405.60 | 5,141.92 |
| 04/10/13 | 010003 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Expenses | 2200-000 | | 7.20 | 5,134.72 |
| * 04/10/13 | 010004 | Department of the Treasury<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA 19101-7346 | Claim 000009, Payment 100.00000% | 5800-004 | | 1,926.00 | 3,208.72 |
| * 04/10/13 | 010004 | Department of the Treasury<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA 19101-7346 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 5800-004 | | -1,926.00 | 5,134.72 |
| 04/10/13 | 010005 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 4.34968% | 7100-900 | | 623.38 | 4,511.34 |
| 04/10/13 | 010006 | Discover Bank<br>DB Servicing Corporation | Claim 000002, Payment 4.34966% | 7100-900 | | 270.72 | 4,240.62 |

Page Subtotals 6,556.00 2,315.38

Ver: 17.03a

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 12-01184 -EW
Case Name: MUSKAL, MARK
MUSKAL, CATHLEEN
Taxpayer ID No: *******2222
For Period Ending: 11/07/13

Trustee Name: Phillip D. Levey
Bank Name: ASSOCIATED BANK
Account Number / CD #: *******3018 Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | PO Box 3025<br>New Albany, OH 43054-3025 | | | | | |
| 04/10/13 | 010007 | PHARIA L.L.C.<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Claim 000003, Payment 4.34978% | 7100-900 | | 398.57 | 3,842.05 |
| 04/10/13 | 010008 | Capital One Bank (USA) NA by<br>American InfoSource LP agent<br>PO Box 71083<br>Charlotte NC 28272-1083 | Claim 000004, Payment 4.34971%<br>(4-1) added Amer Inforsource to credidtor's name 4/13/12 rm | 7100-900 | | 600.12 | 3,241.93 |
| 04/10/13 | 010009 | FIA CARD SERVICES NA successor to<br>Bank of America NA(USA)MBNA Amer Bk NA<br>PO Box 15102<br>Wilmington DE 19886-5102 | Claim 000005, Payment 4.34965%<br>(5-1) added BkofAmer to creditor's name 5/2/12 rm | 7100-900 | | 215.21 | 3,026.72 |
| 04/10/13 | 010010 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000006, Payment 4.34979%<br>(6-1) CREDIT CARD DEBT | 7100-900 | | 97.21 | 2,929.51 |
| 04/10/13 | 010011 | PYOD, LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000007, Payment 4.34972% | 7100-900 | | 904.15 | 2,025.36 |
| 04/10/13 | 010012 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000008, Payment 4.34963%<br>(8-1) CREDIT CARD DEBT | 7100-900 | | 99.36 | 1,926.00 |
| 08/28/13 | 010013 | Mark Muskal and Cathleen Muskal | Payment to debtors per Court Order dated August 21, 2013, re claim of Internal Revenue Service paid by debtors post-petition. | 5800-000 | | 1,926.00 | 0.00 |

Page Subtotals 0.00 4,240.62

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 12-01184 -EW
Case Name: MUSKAL, MARK
MUSKAL, CATHLEEN
Taxpayer ID No: *******2222
For Period Ending: 11/07/13

Trustee Name: Phillip D. Levey
Bank Name: ASSOCIATED BANK
Account Number / CD #: *******3018 Checking Account (Non-Interest Earn
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 6,556.00 | 6,556.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 6,556.00 | 6,556.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 6,556.00 | 6,556.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - ********3018 | 6,556.00 | 6,556.00 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 6,556.00 | 6,556.00 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

Ver: 17.03a